UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

ROXANNE TYLER,                                    Civil No. 08-0617 (JRT/JJK)

              Plaintiff,

v.                                                **ORDER OF DISMISSAL**

CHARLES M. HARPER, JR. AND
MAYO CLINIC-ROCHESTER,

              Defendants.
_____

David Ketroser, **DAVID B. KETROSER, MD, JD**, Post Office Box 427, Hopkins, MN 55343, for Plaintiff.

Gregory Karpenko and Thomas Fraser, **FREDRIKSON & BYRON, PA**, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402; Matthew Hanzel, **MAYO CLINIC LEGAL DEPARTMENT,** 200 First Street SW, Rochester, MN 55905, for defendants.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: June 3, 2010
at Minneapolis, Minnesota.                                      s/ John R. Tunheim
                                                                           JOHN R. TUNHEIM
                                                                 United States District Judge